No. 01–7149. EMMANUEL ET UX. *v.* UNITED STATES ET AL. C. A. 1st Cir. Motion of petitioners for leave to proceed *in forma pauperis* denied. Petitioners are allowed until February 12, 2002,

within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.